**TROUTMAN PEPPER LOCKE LLP**
Ronald I. Raether, Jr. (SBN 303118)
ron.raether@troutman.com
100 Spectrum Center Drive, Suite 1500
Irvine, CA 92618
Telephone: 949.622.2722
Facsimile: 949.622.2739

**TROUTMAN PEPPER LOCKE LLP**
Yulian Y. Kolarov (SBN 345214)
yulian.kolarov@troutman.com
11682 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: 858-294-1571
Facsimile: 858-509-6040
*Attorneys for Defendant*
*The Retail Equation, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARINA LUZANILLA,<br><br>        Plaintiff,<br><br>v.<br><br>THE RETAIL EQUATION, INC.,<br><br>        Defendant. | Case No. 2:26-cv-01179-JFW-MAR<br><br>**DECLARATION OF LEAD TRIAL COUNSEL** |

I, Ronald I. Raether, Jr., declare as follows:

1.     I am an attorney licensed to practice law in the State of California and the United States District Court for the Central District of California.  I am a partner at the law firm Troutman Pepper Locke LLP and lead trial counsel for Defendant The Retail Equation, Inc. ("Defendant") in the matter of *Karina Luzanilla v. The Retail Equation, Inc.*, Case No. 2:26-cv-01179-JFW-MAR.  Unless stated otherwise, I could and would testify competently as to those facts under penalty of perjury.

- 1 -
DECLARATION OF LEAD TRIAL COUNSEL

2.    I have registered as an "CM/ECF User."

3.    My "E-Mail Address of Record" is ron.raether@troutman.com.

4.    I have read the Court's Standing Order (ECF. No. 9) and the Local Rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 9th day of March 2026, in Irvine, California.

**TROUTMAN PEPPER LOCKE LLP**

By: */s/ Ronald I. Raether, Jr.*
　　 Ronald I. Raether, Jr.

　　 100 Spectrum Center Drive, Suite 1500
　　 Irvine, CA 92618
　　 Telephone: 949.622.2722
　　 Facsimile: 949.622.2739
　　 ron.raether@troutman.com

　　 *Attorney for Defendant*
　　 *The Retail Equation, Inc.*

- 2 -
DECLARATION OF LEAD TRIAL COUNSEL