Tara B. Keller, Esq., CA #265916
CONSUMER ATTORNEYS PLLC
68-29 Main Street
Flushing, NY 11367
(T): 718-874-6929
(E): tkeller@consumerattorneys.com

David Pinkhasov, NY # 5925904
*Admitted Pro Hac Vice*
CONSUMER ATTORNEYS PLLC
68-29 Main Street
Flushing NY 11367
T: (718) 701-4605
F: (718) 247-8020
E: dpinkhasov@consumerattorneys.com

*Attorneys for Plaintiff*
*Karina Luzanilla*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| KARINA LUZANILLA, | Case No.: 2:26-cv-01179-JFW-MAR |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| THE RETAIL EQUATION, INC., | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff Karina Luzanilla and Defendant

The Retail Equation, Inc. ("TRE"), have resolved the claims between them in this

matter. The parties are in the process of finalizing the terms and performance

attendant to that resolution. The parties anticipate completing that performance within the next sixty (60) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as there are no remaining Defendants. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: April 16, 2026

/s/ Tara B. Keller
Tara B. Keller, Esq., CA #265916
CONSUMER ATTORNEYS PLLC
68-29 Main Street
Flushing, NY 11367
(T): 718-874-6929
(E): tkeller@consumerattorneys.com

David Pinkhasov, NY # 5925904
*Admitted Pro Hac Vice*
CONSUMER ATTORNEYS PLLC
68-29 Main Street
Flushing NY 11367
T: (718) 701-4605
F: (718) 247-8020
E: dpinkhasov@consumerattorneys.com

*Attorneys for Plaintiff*
*Karina Luzanilla*

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: */s/ Maria Kaminsky*

NOTICE OF SETTLEMENT