David Pinkhasov, NY # 5925904
Admitted Pro Hac Vice
CONSUMER ATTORNEYS PLLC
68-29 Main Street
Flushing NY 11367
T: (718) 701-4605
F: (718) 247-8020
E: dpinkhasov@consumerattorneys.com

*Attorneys for Plaintiff*
*Karina Luzanilla*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

KARINA LUZANILLA,

Plaintiff,

vs.

THE RETAIL EQUATION, INC.,

Defendant.

Case No.: 2:26-cv-01179-JFW-MAR

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Karina Luzanilla and Defendant The Retail Equation, Inc. ("TRE"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice.

Dated: July 2, 2026

*/s/ David Pinkhasov*
David Pinkhasov, NY # 5925904
Admitted Pro Hac Vice

*/s/ Ronald I. Raether, Jr.*
Ronald I. Raether, Jr.
100 Spectrum Center Drive, Suite

CONSUMER ATTORNEYS PLLC
68-29 Main Street
Flushing NY 11367
T: (718) 701-4605
F: (718) 247-8020
E: dpinkhasov@consumerattorneys.com

*Attorneys for Plaintiff*
*Karina Luzanilla*

1500
Irvine, CA 92618
Telephone: 949.622.2722
ron.raether@troutman.com

Attorney for Defendant
The Retail Equation, Inc.

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby certify that all other signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing, and have authorized the filing.

**CONSUMER ATTORNEYS**

By: */s/ David Pinkhasov*

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: *<u>/s/ Maria Kaminsky</u>*