*Closed*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

KARINA LUZANILLA,

Plaintiff,

vs.

THE RETAIL EQUATION, INC.,

Defendant.

Case No.: 2:26-cv-01179-JFW-MARx

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant The Retail Equation, Inc., and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: July 2, 2026

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE